UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHANDEL RICHARD HOFFMAN,

           Plaintiff,

  -against-

FEDERAL RESERVE BANK OF NEW YORK,

           Defendant.

------------------------------------- x

ORDER

21 Civ. 2509 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

The June 17, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Freeman for General Pretrial and Dispositive Motions.

Dated: April 1, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge