UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANDEL RICHARD HOFFMAN,

                Plaintiff,

   -against-

THE FEDERAL RESERVE BANK OF NEW YORK,

                Defendant.

21cv2509 (GBD) (DF)

**ORDER OF SERVICE**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

      This case, commenced by *pro se* plaintiff Chandel Richard Hoffman ("Plaintiff") in the Columbia District of South Carolina and then transferred to this District, has been referred to this Court by the Honorable George B. Daniels, U.S.D.J., for general pretrial supervision and to report and recommend on dispositive motions. (Dkt. 26.) Upon this Court's review of the Docket, it appears that, while Plaintiff paid the filing fees to commence the action, no Summons was ever issued. It is thus this Court's understanding that defendant the Federal Reserve Bank of New York ("Defendant"), which has not appeared in the action, was never served with process.

      Under the circumstances, the Clerk of Court is directed to issue a Summons as to Defendant. Plaintiff is directed to serve the Summons and Complaint on Defendant within 90 days of the issuance of the Summons. If, within those 90 days, Plaintiff has neither served Defendant nor requested an extension of time to do so, then this Court may recommend to Judge Daniels that Plaintiff's claims be dismissed without prejudice under Rules 4 and 41 of the Federal Rules of Civil Procedure, for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order, together with an information package, to Plaintiff, at the address reflected on the Docket and shown below.

Dated: New York, New York
       February 18, 2022

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copy to:

Mr. Chandel Richard Hoffman
168 Larch Avenue
Teaneck, NJ  07666