UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHANDEL RICHARD HOFFMAN,

                Plaintiff,

    -against-

THE FEDERAL RESERVE BANK OF NEW
YORK et al.,

                Defendant.

------------------------------------------------------------------X

**21-CV-02509 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On February 18, 2022, the Honorable Magistrate Judge Debra Freeman issued an Order of Service (ECF No. 28), directing Plaintiff "to serve the Summons and Complaint on Defendant within 90 days of the issuance of the Summons."[1] To date, Plaintiff has not served Defendant or requested an extension of time to do so. On July 21, 2022, this Court issued an order directing Plaintiff to submit a letter by August 19, 2022, providing an update on the efforts made to serve Defendant or requesting an extension of time to serve Defendant (ECF No. 30). Having not received any submission, on August 31, 2022, this Court issued another order directing Plaintiff to submit a letter complying with this Court's July 21, 2022 order by September 16, 2022.

       Plaintiff is afforded **one final opportunity** to submit a letter complying with this Court's July 21, 2022 and August 31, 2022 orders by no later than **Thursday, December 15, 2022**. **Failure to comply will result in this Court's recommendation that Plaintiff's claims be**

---

[1] The Summons was issued by the Clerk of Court on February 22, 2022.

**dismissed, without prejudice, for failure to prosecute under Rules 4 and 41 of the Federal Rules of Civil Procedure.**

The Clerk of Court is directed to mail a copy of this Order to the address reflected on the Docket and shown below.

  **SO ORDERED.**

DATED: New York, New York
    December 1, 2022

                 _____
                 VALERIE FIGUEREDO
                 United States Magistrate Judge

Copy to:

Mr. Chandel Richard Hoffman
168 Larch Avenue
Teaneck, NJ 07666